JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney

THOMAS MOORE (ASBN 4305-O78T)
Chief, Tax Division
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
Facsimile: (415) 436-6748

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN C. ALDEN,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant.<br>_____<br><br>NHIC, CORPORATION,<br><br>      Garnishee.<br>_____ | Case No. C 88-4306 SI<br><br><br><br><br><br><br><br>**[PROPOSED]**<br>**ORDER GRANTING WRIT OF**<br>**CONTINUING GARNISHMENT** |

     Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

     IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment is granted.

///

///

///

///

ORDER GRANTING APPL. FOR WRIT OF
CONTINUING GARNISHMENT
C 88-4306 SI                              1

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment to NHIC, Corporation, as Garnishee, for the purpose of garnishing plaintiff John C. Alden's property (including nonexempt disposable earnings) in which the plaintiff has a substantial nonexempt interest, in order to satisfy the judgment entered in the above-captioned case against the Plaintiff.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING APPL. FOR WRIT OF
CONTINUING GARNISHMENT
C 88-4306 SI 2